affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Jacob Budnitzky, Appellant, v. K. Arakelian, Inc., Respondent, Impleaded with Others.* — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., and Untermyer, J., dissent and vote to reverse and deny the motion.

Jacob Budnitzky, Appellant, v. K. Arakelian, Inc., Respondent, Impleaded with Others.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Proving the Last Will and Testament of Max Lippman, Deceased. Abraham Lippman, Appellant; Guaranty Trust Company of New York and Another, Respondents.— Order modified by requiring that the particulars ordered be furnished only after an examination of the decedent's widow before trial, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and Martin, JJ., dissent and vote to modify by granting only items 1 and 2.

In the Matter of Sam Kroland, for Admission to the Bar.— Motion granted as stated in order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Estate of Jacques Gilbert, Deceased. Erwin Joseph, as Ancillary Administrator, etc., of Jacques Gilbert, Deceased, Respondent, Appellant; William J. Fox, Appellant, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Erwin Joseph, as Ancillary Administrator with the Will Annexed of Jacques Gilbert, Deceased, Respondent, Appellant, to Be Allowed to Account and to Resign as Such Ancillary Administrator with the Will Annexed. William J. Fox, Appellant, Respondent.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Metropolitan Life Insurance Company, Appellant, Respondent, v. Charles Goldberg and Another, Respondents, Appellants.— Judgment reversed and a new trial ordered, with costs to the plaintiff, appellant, to abide the event, upon the ground that the judgment is against the weight of the credible evidence. Defendants' appeal from findings of fact and refusals to find dismissed. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Hamburg Assurance Company, Appellant, v. International Insurance Company of New York and Sumner Ballard, Respondent.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Julius F. Newman, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of Edwin M. Simpson, an Attorney.—Motion granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Elizabeth Coe Muller v. Emil A. Muller.—Motion for reargument denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

* Motion to dismiss appeal denied, 266 N. Y. —.